UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARINO PINEDA-MATAMOROS,<br>Petitioner,<br>v.<br>CYNTHIA ARMANT, et al.,<br>Respondents. | No. 5:26-cv-10242-JDE<br><br>JUDGMENT |

Pursuant to the Order Regarding Petition,

IT IS ORDERED, ADJUDGED, AND DECREED that the Petition is denied with prejudice.

Dated: **SEPTEMBER 22, 2026**

JOHN D. EARLY
United States Magistrate Judge